AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEVEN ARCHER, <br><br> *Plaintiff(s)* <br><br> v. <br><br> M AND SONS INC. d/b/a CBLC WHOLESALE, <br><br> *Defendant(s)* | Civil Action No.   0:26-cv-61073-EA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M AND SONS INC. d/b/a CBLC
WHOLESALE,
Josephy & Co., PA-REGISTERED AGENT
2405 N University Dr
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanner M. Borges, Esq. (tanner@floridaovertimelawyer.com)
RICHARD CELLER LEGAL, P.A.
7951 SW 6th Street Suite 316,
Plantation, Florida, 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 13, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court